X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314
jon@x-patents.com

Attorneys for Plaintiffs
Ivera Medical Corporation and
Becton, Dickinson and Company

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>                Plaintiffs,<br><br>    v.<br><br>CATHETER CONNECTIONS, INC.,<br><br>               Defendant. | Case No.   '14CV1346 GPC BLM<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Ivera Medical Corporation ("Ivera") and Becton, Dickinson and Company ("BD") (Ivera and BD collectively referred to herein as "Plaintiffs"), for their Complaint against Defendant Catheter Connections, Inc. ("Catheter Connections" or "Defendant"), aver as follows:

1

**PARTIES**

1.    Plaintiff Ivera is a California corporation with its principal place of business at 10805 Rancho Bernardo Road, Suite 100, San Diego, CA 92127.

2.    Plaintiff Becton, Dickinson and Company is a New Jersey corporation with its principal executive offices at 1 Becton Drive, Franklin Lakes, New Jersey, 07417.

3.    Defendant Catheter Connections is a Delaware corporation with its principal place of business at 2455 E. Parleys Way, Suite 150, Salt Lake City, Utah, 84109.

**JURISDICTION AND VENUE**

4.    This is a civil action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, et. seq.

5.    This Court has jurisdiction over the subject matter of the Complaint pursuant to 28 U.S.C. §§1331 & 1338.

6.    This Court has personal jurisdiction over Catheter Connections because Catheter Connections purposefully ships the infringing products through established distribution channels into the State of California and is engaged in substantial and regular business in the State of California.

7.    Venue is proper under 28 U.S.C. §§1391(b) and 1400.

**BACKGROUND**

8.    On June 3, 2014, United States Patent No. 8,740,864 (the "'864 patent"), on an invention entitled "Patient Fluid Line Access Valve Antimicrobial Cap/Cleaner" was duly and legally issued by the United States Patent and Trademark Office. A copy of the '864 patent is attached hereto as Exhibit A.

9.    BD is and has been the owner of the '864 patent since its issuance.

1       10.    Ivera is the exclusive licensee of the '864 patent and has the authority

2  to enforce the '864 patent.

3       11.    Catheter Connections makes, uses, offers to sell, and sells the

4  infringing DualCap Solo and LB IV-Pole Strips products (collectively referred to

5  herein as the "Accused Products").

6       12.    The Accused Products infringe one or more claims of the '864 patent in

7  the United States within the meaning of 35 U.S.C. § 271.

8

9  **FIRST CAUSE OF ACTION**

10  **(INFRINGEMENT OF THE '864 PATENT)**

11       13.    Plaintiffs reallege and incorporate the previous paragraphs of this

12  Complaint as though set forth in full herein.

13       14.    Catheter Connections has used, offered for sale, sold, and/or imported

14  into the United States the Accused Products, which literally and under the doctrine

15  of equivalents infringe one or more claims of the '864 patent in violation of 35

16  U.S.C. §271.

17       15.    Catheter Connections actively induces infringement of the '864 patent

18  by users of the Accused Products in violation of 35 U.S.C. §271(b).  Catheter

19  Connections closely monitors patents owned or licensed by Ivera and has

20  knowledge of the '864 patent.  Catheter Connections specifically intends its

21  customers to infringe the '864 patent by using the Accused Products to maintain luer

22  activated valves providing fluid line access in accordance with Catheter

23  Connections' instructions for use.  Catheter Connections knows that use of the

24  Accused Products by engaging the threads of the Accused Products with the external

25  threads on luer activated valves to attach the Accused Products constitutes

26  infringement of the '864 patent.

27

28

16.     Plaintiffs have been damaged and have suffered irreparable injury due to acts of patent infringement and inducement by Catheter Connections and will continue to suffer irreparable injury unless Catheter Connections' activities are enjoined.

17.     Plaintiffs have suffered and will continue to suffer substantial damages by reason of Catheter Connections' acts of patent infringement and inducement alleged above, and are entitled to recover from Catheter Connections the damages sustained as a result of Catheter Connections' acts.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered by this Court in their favor and against Catheter Connections as follows:

A.     That Catheter Connections has infringed the '864 patent;

B.     Permanently enjoining and restraining Catheter Connections, its agents, affiliates, subsidiaries, servants, employees, officers, directors, attorneys and those persons in active concert with or controlled by Catheter Connections from further infringing the '864 patent;

C.     For an award of damages adequate to compensate Plaintiffs for the damages they have suffered as a result of Catheter Connections' conduct, including pre-judgment interest;

D.     That Catheter Connections be directed to withdraw from distribution all infringing products, whether in the possession of Catheter Connections or its distributors or retailers, and that all infringing products or materials be impounded or destroyed;

E.     For monetary damages in an amount according to proof;

F.     For interest on said damages at the legal rate from and after the date such damages were incurred;

Complaint

1        G.     That this is an exceptional case and for an award of Plaintiffs' attorney

2  fees and costs;

3        H.     For such other relief as the Court may deem just and proper.

4

5                          **DEMAND FOR JURY TRIAL**

6        Plaintiffs hereby demand a jury trial as to all issues that are so triable.

7

8  Dated:  June 3, 2014           X-PATENTS, APC

9

10                           By:     /s/Jonathan Hangartner

11                                 JONATHAN HANGARTNER

12

13                                 Attorneys for Plaintiffs Ivera Medical Corporation and Becton, Dickinson and Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28